## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**VIRGINIA LAY**                                                           **PLAINTIFF**

**v.**                                                          **CAUSE NO. 1:15CV130-LG-RHW**

**SINGING RIVER HEALTH SYSTEM**                                            **DEFENDANT**

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant.  Plaintiff's claims against the Defendant are **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 2nd day of June, 2016.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE